Plaintiff's Name BRUCE M. DIXON
Prisoner No. P42926
Institutional Address SALINAS VALLEY STATE
Prison - P.O. Box 1050
Soledad, Cali 93960-1050

**FILED**

Aug 02 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BRUCE M. DIXON
(Enter your full name)

v.

CCI. PArtidA, CCI. L. GAMboA,
CC2. I. MondrAgon, CC2. Curiel,
CC2. GAither, Chef deputy WArden
E. BorlA, AWarden. V. Solis, JANE
DOE #/or John DOE CSR Auditors,
J. Clark deputy Director Institution
OPErations CCHCS, T. Foss Director of Corr-
ections Services CCHCS.
(Enter the full name(s) of all defendants in this action)

Case No. 5:22-cv-04461 NC
(Provided by the clerk upon filing)

**COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement SAlinAS VAlley State Prison (SVSP)

B. Is there a grievance procedure in this institution?   YES ☒   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?
YES ☒   NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: Grievance/Appeal Log # 221619 DAte 2-6-22. ⓑ Claim #1 Redirected, Claim #2 Denied DAte 3-2-22

2. First formal level: Grievance/Appeal Log # 221619 DAte 2-6-22. Claim #1 Redirected, Claim #2 Denied DAte 3-2-22

3. Second formal level: <u>Grievance/Appeal Log # 221619 Date 2-6-22, Claim #1 Denied Date 5-13-22 Claim #2 Granted Date 5-14-22</u>

4. Third formal level: _____

E. Is the last level to which you appealed the highest level of appeal available to you?
  YES ☒   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
_____
_____

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).
<u>N/A</u>

B. For each defendant, provide full name, official position and place of employment.
<u>Jane Doe, John Doe #1 SALINAS Valley State Prison CSR Auditor, Jane Doe - John Doe #2 Salinas Valley State Prison CSR Auditor, I. Mondragon Correctional Counselor Salinas Valley State Prison, L. Gamboa Correctional Counselor, Partida Correctional Counselor Salinas Valley State Prison, E. Borla Cheif Deputy Warden Salinas Valley State Prison, V. Solis A.Warden Salinas Valley State Prison, Curiel Correctional Counselor, Gaither Correctional Counselor Salinas Valley State Prison, J. Clark Deputy Director, Institution Operations CCHCS, T. Foss Director</u>

## III. Statement of Claim. <u>of Corrections Services California Correctional Health Care Services.</u>

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

<u>on 12-6-22 CC1. Partida of TC1 & TC2 PIP @ Salinas Valley State Prison discharged me from the PIP Program without taking me before ICC committe for proper housing due to my casefactors of being high risk medical, BPM (mobility impaired) & taking the medication Clozaril (Clozapine).</u>

*Prisoner Complaint (rev. 7/2020)*                                                                                  Page 2 of 3

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Plaintiff requests $1,000ºº a day for everyday that I was not transfered to my proper housing Clozaril maintenance Institution for compensatory damages, Plaintiff requests $500,000ºº in punitive damages for suffering from side effects not monitor & treated, for suffering withdraws of not having my medication for 5 days & being in a prison where I can't be treated by Psychiatrist. Plaintiff request an injunction compelling defendants to transfer him to the Clozaril maintenance prison MuleCreek or Valley State Prison.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 7-26-22                    B. M. Dixon
                Date                    Signature of Plaintiff

# CAUSE OF ACTION-CLAIM #1

Knowing that I must Go in front of ICC committee per CCR.15, Article 10, Sec 3375 Classification & CCR.15, Article 10, Sec 3375.1 Inmate Placement. She choose to violate my due process and have a non-committee endorsement done by HCPOP on 12-10-22. Knowing that HCPOP does not endorse Inmates to out Patient Programs. Per HCPOP Im suppose to by Psyhc treated & returned back to the Prison I came from. With Partida doing this I was endorse to Salinas Valley State Prison (SVSP) which is not a Clozaril maintenance Prison approved by DHCS (Department of Healthcare Services). I 602 CCI. Partida for not seeing me in ICC & I explained that due to the medication Clozaril I must be endorse to a Prison capable of Prescribing Clozaril as well as specialize in Clozaril treatment which SVSP is not that kind of Prison. I filed that 602 on 12-15-21 & I never heard anything back. So I filed another 602 on 12-23-21 about this issue. On 12-29-21 while the 602 against CCI Partida was Pending I was sent to the outside hospital for my right knee. When I returned back to SVSP instead of being returned to PIP Program I was brought to D Yard 4 block E.O.P Program & drop off. CCI. Partida acted indeliberate indifference to my serious medical needs, as well as failed to treat me with fair and equal treatment by not allowing me the same treatment & housing as other Inmates that takes Clozaril, as well as violating my MCC (medical classification chrono) dated: 2-8-21 that states: I must be endorse to Institution capable of Prescribing Clozaril. Instead of being allowed my right to fair & equal treatment & housing for being a Clozaril Inmate, CCI. Partida

1

## CAUSE of Action-Claim #1

Place me in a Position Posing an unreasonable risk to my life, health & safety knowingly. CCI Partida knowingly place me at SVSP knowing this is not a Clozaril maintenance Prison approve by DHCS (Department of Health Care Services) violating my high risk medical case factors. not allowing me to be monitor & examine for the side effect that this medication gives me (weight gain - blurred vision - headaches & spinning sensation) Due to SVSP not having the nursing staff because it's not a approved Clozaril Prison. Going through these issues with these side effects makes it hard to go through my daily functions & task. I can't Report it to medical because SVSP doesn't have the approved nursing staff to monitor me for this medication Per CCHCS/DHCS Care Guide: Clozapine Dated: February 2022. I'm filing this suit against Partida in her individual & official capacities under the color of State Law. & Institutional Authority. She is being sued in her individual capacity for failure to protect claimant from an unreasonable risk of future Physical Harm. Knowingly, with a culpable state of mind and reasonable knowledge of my serious Mental Health diagnoses and treatment plan that's prescribed by Mental Health Care Doctors. She showed a reckless disregard for my Life Health, Safety & security when she acted with Deliberate Indifference, By her failing to protect me from physical pain as well as mental anguish. She showed a lack of care and concern. That a more prudent person would have shown me. She's being sued in her official capacity for Injunctive Relief to stop having me wrongfully held

## CAUSE OF Action - Claim #1

1. On 12-31-21 CCI. Gamboa came to me & gave me a notice
2. for transfer committee paper dated for on or after 1-4-22.
3. She stated this transfer was to send me to my proper
4. housing because I take the medication Clozaril & SVSP is
5. not a Clozaril prison. She (Gamboa) told me I'd be put up
6. for Mule Creek State Prison because the higher up CC2 & CC3
7. know this is not my proper housing for the medication I
8. take "Clozaril".
9. Once 1-4-22 passed & I was not seen by ICC I wrote CCI.
10. Gamboa a CDCR 22 Inmate Request on 2-2-22. Seeking to know
11. why I wasn't seen by committee for transfer? Due to me
12. being on Clozaril & SVSP not being an Authorized Prison for
13. Clozaril treatment. My transfer committee I was supposed
14. to go to was voided without my knowledge.
15. CCI. Gamboa acted in deliberate indifference to my serious med-
16. ical needs by keeping me housed at SVSP knowing that
17. this Prison doesn't specialize in Clozaril treatment. as well
18. as failing to treat me with fair & equal treatment by not
19. allowing me the same treatment & housing as other Clozaril
20. Inmates. as well as violating my high risk medical case factors
21. and my MCC (Medical Classification Chrono) Dated: 2-8-21
22. Stating "I must be Endorse to a institution capable of Prescr-
23. ibing Clozaril. as well as being housed at a Clozaril maintenance
24. Prison.
25. With keeping me housed at SVSP CCI. Gamboa place me
26. in a position posing an unreasonable risk to my Life, health
27. & Safety knowingly. Because Clozaril without being monitor
28. & examine can cause the person taking it serious health issues.

2

CAUSE of Action - CLAIM #1

1. Like Abdominal Pain - Nausea - Vomiting - Chest Pain - Dispnea
2. fatigue - Syncope & Seizure.
3. Because im not being monitored & examine like I suppose to for
4. the side effects this medication gives me (weight gain-
5. blurred vision - headache & spinning sensation) because this prison
6. doesn't have the nursing staff because it's not a Clozaril mainten
7. ance prison. Going through these issues with these side
8. effects makes it hard to go through my daily functions &
9. task. I can't report it to medical because SVSP doesn't
10. have the & approved nursing staff to monitor me for
11. this medication per CCHCS/DHCS Care Guide: CLOZAPINE
12. Dated: february 2022. Im filing this suit against Gamboa in
13. Her individual & official capacitie under the color of state
14. Law, & Institutional Authority. Injunctive
15. relief for her acting with a culpable state of
16. mind when she refused to put me up for transfer
17. Injunctive Relief filed against her for failure
18. to protect me from a known unreasonable
19. risk of future harm. Injunctive Relief in her
20. official capacity to have her to do her job
21. and facilitate an expedited transfer out of
22. SVSP. for mental Health Reasons. She failed
23. in her duties to protect me from those types
24. of mental Abuse's. Thats why Im prescribed
25. Clozaril.

4

## Cause of Action - Claim #1

On 2-6-22 I filed another 602 appeal about not being properly housed do to my medical needs of needing to be housed at a clozaril prison.
And on 3-21-22 my Psychiatrist R. Marinno via e-mail told CCI. Campagna that given the difficulty of treating me (Dixon) at SVSP (Salinas Valley State Prison) without staff such as nursing staff to help examine me (Dixon) regularly & monitor my treatment. He recommend I be transfered to an institution which specialize in clozaril treatment. As well as the cheif of mental health at SVSP M. Yanez also via e-mail on 3-21-22 to CCI. Campagna telling him that as long as I'm on clozaril it's really in best interest to transfer me to another institution that provides this medication (clozaril).
On 5-14-22 the appeal was granted that I was not properly housed at SVSP & that the ICC committee must fix whatever errors they have & put me up for transfer to a clozaril prison. The actions requested from the appeal was not completed. Even though I was put up for transfer on 6-2-22. By 6-21-22 CCZ Mondragon & V. Solis Acting Warden & Jane &/or John Doe CSR Auditor stop my transfer forcing me to stay at SVSP E-O-P even though its not my proper housing knowingly. And my medical override was granted by CSU in Sacramento CDCR Headquaters. Not only is this violating my due process rights, but also my 8th & 14th amendment U.S Constitutional rights as well. Being kept at SVSP is deliberate indifference because it's known by custody staff & CSR that SVSP is not my proper

5

## CAUSE of Action - Claim #1

1. housing for my high risk medical & for me being A Clozaril
2. Inmate. Being housed At SVSP is causing my mental health
3. to deteriorate because I'm not Getting the Proper treat-
4. ment. Its also violating my Rights to fair & Equal treatment
5. because I'm the only Inmate on Clozaril @ SVSP even
6. though I'm not Suppose to be here. And I'm being refused
7. the treatment & housing of other Inmates on this medica-
8. tion.
9. Plus my Psychiatrist & the Cheif of mental health @ SVSP is
10. telling SVSP CC1-CC2 & warden & CSR that I must be at
11. A Clozaril maintenance Prison where they specialize in
12. treatment.
13. The Cheif of Appeals Granted my 602 Stating "SVSP is not
14. my Proper housing for Clozaril. Refusing to transfere me
15. is A blaten disregard for my medical-mental & Physical
16. health.
17. This violation falls on CC2 I. mondragon, CC2. Curiel,
18. CC2. Gaither, Cheif Deputy Warden E. Bucla, A. Warden
19. V. Solis, & Jane &/or John Doe CSR Auditors.
20. The Side effects I'm suffering from this medication is
21. not being monitor or examine (Weight Gain, blurred vision,
22. Headache & spinning sensation) because this is not A Clozaril
23. Maintenance Prison. Going through these side effects makes
24. it hard to go through my Daily functions & task. I cant report
25. it to medical because SVSP doesn't have approved nursing
26. Staff to monitor me for this medication Per CCHCS\DHCS
27. (Department of Health Care Services) care Guide: Clozaril
28. Dated: february 2022. I'm filing this suit Against I. mondragon

## CAUSE of Action - Claim #1

1. Curiel, Gaither, E. Borla, V. Solis, & Jane &/or John Doe
2. in their individually & official capacities under the color of
3. State Law, for the wrong that were deliberately done to me
4. & Injunctive Relief in their official capacities for their
   failures to protect me from future risk of harm
5. I've been going through real serious side effects from
6. the withdraws of not receiving my medication Clozaril
7. because my order ran out and the Pharmacy at SVSP
8. doesn't carry this medication because it's not a Clozaril
9. maintenance Prison and it's not authorized to carry it.
10. My Psychiatrist Dr. R. Mariano tryed to reorder it & was
11. told by the Pharmacy that they don't keep this medication on
12. hand and would have to special order it.
13. I've been without my medication for 5 days from July 7th
14. to the 12th of July 2022. It could be longer. Per CCHCS/
15. DHCS Care Guide Clozaril Dated: February 2022, I'm not to miss
16. no doses of this medication. The withdraws of not
17. taking this medication for 5 days I've been having real bad
18. abdominal Pain. Real bad headaches, not being able to sleep
19. Trimeers & my body is having flu like feelings. I told my
20. Psychiatrist about these side effects & withdraw he notified his
21. supervisor Dr. Crayton telling him that he can not treat me
22. here at SVSP on Clozaril because this Prison can't keep up
23. the refilling of this medication without me missing doses
24. which can cause serious & life threating harm.
25. Supervisor Psychiatrist Dr. Crayton has talk to J. Clark
26. Deputy Director Institution operations CCHCS and T. Foss
27. Director of corrections Services California Correctional Health
28. Care Services letting them know that I can't be successfully

7

## Cause of Action - Claim #1

1. treated at SVSP on Clozaril for the same following reasons that
2. was told too Dr. R. Mariano.
3. J. Clark and T. Foss knowing the policys of Clozaril & that I
4. must be housed at a Clozaril maintenance Prison to receive
5. the most proper care per CCHCS/DHCS Care Guide: Clozaril
6. Dated: Febuary 2022. Choose to act in deliberate indifference
7. to my serious medical needs & failed too treat me fair &
8. equal as other Inmates on the same medication as I
9. (Clozaril) by allowing the custody staff & CSR at SVSP
10. to override my medical & mental health needs. And
11. Refusing to allow my psychiatrist too do his Job affectively
12. by making a treatment Plan to send me to my proper housing
13. A Clozaril maintenance Prison where the Doctors & nursing
14. Staff specialize in Clozaril treatment & I can get my
15. medication without missing doses.
16. I'm filing this suit against J. Clark & T. Foss in their individual
17. And official capacitie under the color of state Law.
18. for their failure to protect and Injunctive Relief to
19. have them to do their job and facilitate AN
20. immediate transfer to A clozaril Institution

8

## CAUSE OF ACTION CLAIM #2

1. This complaint is against (CSR) for "discriminantly" violating my
2. State & federal 14th Amendment Constitutional Rights, to be treated fair &
3. equal under the law. On March 30th, 2022 my (Bruce M. Dixon) ICC comm-
4. ittee was held in absentia for the sole purpose of transfering me to
5. a level two institution capable of treating my mental health condition
6. with psychiatrist prescribed psychotropic medication called: Clozaril (Clozapine).
7. This medication is not authorized to be provided at SVSP (Salinas Valley State
8. Prison). Dr. Mariano, (PsyD) sent a e-mail to the CC1 & CC2, as well as the Chief
9. of mental health also sent e-mails to the assigned CC1 & CC2 (Correctional
10. Counselor 1 & 2) notifying them that I (Bruce M. Dixon) mental health treatment
11. can't be effectively achieved here at SVSP, and that in order for me to
12. receive the highest level of treatment that requires the medication Clozaril
13. (Clozapine), that I (Bruce M. Dixon) would best be housed in a prison program
14. that treats inmates who are prescribed Clozaril (Clozapine) at EOP level
15. of care.
16. On 1-4-22 I (Bruce M. Dixon) was suppose to attend ICC committee
17. for the above reasons, and that was also blocked. On 2-8-22 again
18. was suppose to attend ICC for the above reasons, and that too was
19. somehow curtailed. So after ICC submitted my case for the
20. level two override on 3-30-22 to CSR, CSR elected to (discriminate)
21. against me (Bruce M. Dixon), and not honor ICC recommendation
22. to grant the level two override, and did so due to my (Bruce
23. M. Dixon) mental handie cap.
24.
25.
26.
27.
28.

9

CAUSE of Action - Claim #2

1. CSR, is now curtailing the transfer by stating that a
2. conference call must be made to (PMY/CSU) due to
3. my (Bruce M. Dixon) (DTP) difficult to place status,
4. which has always been a contributing case factor.
5. THE Conference Call was made & CSU granted the
6. level two override on 6-2-21 & CSR still blocked the
7. transfer.
8. Bruce M. Dixons Doctor can not effectively do his
9. Job, nor affectively provide Mr. Dixon "treatment"
10. long as (CSR) is discriminatly denying a health
11. care professional's medical/mental health treatment
12. plans & referrals to be appropriately housed to be
13. treated.
14. This has taken place 4 separate times.... my (Bruce M.
15. Dixon) mental health is deteriorating due to CSR's
16. actions.
17. Bruce M. Dixon is now requesting 1.) $500,000.00 for
18. causing mental health injury to claimant and 2.) To have
19. them do their job & facilitate an immediate transfer to a
20. Clozaril institution.
21. Im filing this suit against Jane &/or John Doe auditors
22. CSR of Salinas Valley State Prison in their individual &
23. official capacite under the color of state law. for their
24. failure to protect & injunctive relief to have them do their
25. job & facilitate an immediate transfer to a Clozaril
26. prison.

10

Case 3:22-cv-04461-AMO   Document 1   Filed 08/02/22   Page 14 of 14

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, **I BRUCE M. DIXON - P42926**, declare:

I am over 18 years of age and a party to this action. I am a resident of **SALINAS VALLEY STATE Prison (SVSP)** Prison, in the county of **MONTERAY**, State of California. My prison address is: **D3 #116 LOW   P.O. BOX 1050   SOLEDAD, CALIF 93960-1050**.

On **7-26-2022** (DATE)

I served the attached: **~2 COPIES~ United States District Court Northern District of California Complaint By A Prisoner under The Civil Rights Act 42 U.S.C § 1983** (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **7-26-22** (DATE)      *(signature)* (DECLARANT'S SIGNATURE)

-9-