UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE M DIXON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PARTIDA, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-04461-JST<br><br>**ORDER EXTENDING PRELIMINARY INJUNCTION; REQUIRING RESPONSE FROM PARTIES; VACATING DISPOSITIVE MOTION DEADLINE; STAYING AND ADMINISTRATIVELY CLOSING CASE** |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging that Defendants refused to house him at a Clozaril maintenance facility, in violation of the Equal Protection Clause and the Eighth Amendment. ECF Nos. 1, 9. For the reasons set forth below, the Court EXTENDS the preliminary injunction entered on December 2, 2022 to four weeks after counsel is appointed for Plaintiff; ORDERS the parties to file by February 10, 2023, responses addressing certain issues; VACATES the dispositive motion deadlines; STAYS this action; and ORDERS the Clerk to administratively close this action.

**BACKGROUND**

On December 2, 2022, the Court entered a preliminary injunction enjoining Defendants and their officers, agents, servants, employees, and attorneys, and any other person or entity subject to their control or acting directly or indirectly in concert or participation with Defendants from housing Plaintiff at a facility other than a Clozaril maintenance facility after Plaintiff returned to CDCR custody from his out-to-court proceedings. ECF No. 28. The December 2, 2022 preliminary injunction is scheduled to expire on March 2, 2023 by operation of law. 18 U.S.C. § 3626(a)(2).

On December 5, 2022, the Court granted Plaintiff's request for appointment of counsel and referred this action to the Federal Pro Bono Project for appointment of counsel. ECF No. 29. The Federal Pro Bono Project has not yet located counsel for Plaintiff.

On December 28, 2022, Plaintiff was transferred to R.J. Donovan State Prison ("RJD"). ECF No. 43 at 2; ECF No. 43-1 at 1-2. Defendants have stated under oath that RJD is designated as a Clozaril maintenance facility and has been designated as such throughout Plaintiff's incarceration at RJD. ECF No. 43-1 at 2.

On January 24, 2023, the Court held a case management conference in this action. ECF No. 45. Despite the Court's efforts to secure his appearance, Plaintiff did not appear. At the conference, Defendants agreed that the preliminary injunction issued on December 2, 2022 would remain in place until four weeks following the appointment of counsel for Plaintiff.

**DISCUSSION**

Pursuant to Defendants' verbal agreement at the January 24, 2023 case management conference, and their waiver of the right to require that the Court make the findings required in 18 U.S.C. § 3626(a)(1), the Court EXTENDS the expiration date of the December 2, 2022 preliminary injunction until four weeks following the appointment of counsel for Plaintiff.

By February 10, 2023, the parties shall file statements addressing the following: Plaintiff shall file a statement addressing whether he is receiving the necessary and appropriate Clozaril treatment, and addressing why he did not appear for the January 24, 2023 case management conference. Defendants shall file a statement addressing why RJD did not make Plaintiff available for the January 24, 2023 case management conference.

In light of the extension of the December 2, 2022 preliminary injunction, the Court VACATES the dispositive motion deadline and STAYS all proceedings in this action until four weeks from the date an attorney is appointed for Plaintiff. Once an attorney is appointed, the Court will schedule a case management conference.

**CONCLUSION**

For the reasons set forth above, the Court orders as follows.

1. The Court EXTENDS the December 2, 2022 preliminary injunction to four weeks

following the appointment of counsel.  Defendants and their officers, agents, servants, employees, and attorneys, and any other person or entity subject to their control or acting directly or indirectly in concert or participation with Defendants continue to be enjoined from housing Plaintiff at a facility other than a Clozaril maintenance facility.  This preliminary injunction shall automatically expire four weeks after counsel is appointed for Plaintiff.

2. By February 10, 2023, the parties shall file statements addressing the following: Plaintiff shall file a statement addressing whether he is receiving the necessary and appropriate Clozaril treatment, and addressing why he did not appear for the January 24, 2023 case management conference.  Defendants shall file a statement addressing why RJD did not make Plaintiff available for the January 24, 2023 case management conference.

3. The Court VACATES the dispositive motion deadline and STAYS all proceedings in this action until four weeks from the date an attorney is appointed.  The Clerk shall administratively close this case.

**IT IS SO ORDERED.**

Dated:  January 25, 2023



JON S. TIGAR
United States District Judge

3