UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE M DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>PARTIDA, et al.,<br><br>    Defendants. | Case No. 22-cv-04461-JST<br><br>**ORDER APPOINTING COUNSEL; REOPNING CASE; STAYING PROCEEDINGS; REQUIRING RESPONSE FROM DEFENDANTS** |

Plaintiff has filed a *pro se* complaint under 42 U.S.C. § 1983. This order appoints counsel for Plaintiff, reopens this action, continues the stay of the proceedings, and orders Defendants to file the response ordered in the Court's January 25, 2023 Order.

**DISCUSSION**

**I.    Background**

On December 2, 2022, the Court entered a preliminary injunction enjoining Defendants from housing Plaintiff at a facility other than a Clozaril maintenance facility. ECF No. 28.

On December 5, 2022, the Court granted Plaintiff's request for appointment of counsel and referred this case to the Federal Pro Bono Project to locate *pro bono* counsel. ECF No. 29.

On January 19, 2023, Defendants informed the Court that Plaintiff had been transferred to R.J. Donovan State Prison ("RJD") on December 28, 2022 and that RJD is designated as a Clozaril maintenance facility. ECF No. 43.

On January 24, 2023, the Court held an initial case management conference. Plaintiff did not appear despite the Court's efforts to secure his appearance. ECF No. 45.

On January 25, 2023, the Court extended the December 2, 2022 preliminary injunction. ECF No. 46. The injunction is set to automatically expire four weeks after counsel is appointed

for Plaintiff. *Id.* In the Court's January 25, 2023 Order, the Court ordered the parties to file statements by February 10, 2023. The Court specified that Plaintiff's statement should address whether he is receiving the necessary and appropriate Clozaril treatment and why he did not appear for the January 24, 2023 case management conference, and that Defendants' statement should address why RJD did not make Plaintiff available for the January 24, 2023 case management conference. *Id.* at 3. The Court also vacated all deadlines, stayed all proceedings, and administratively closed the case. *Id.*

On February 6, 2023, Plaintiff filed the statement required by the January 25, 2023 order. ECF No. 46. As of this date, Defendants have not responded to the Court's order.

**II.     Order Appointing Counsel**

The Federal Pro Bono Project has informed the Court that Douglas E. Lumish (California SBN 183863) and Aamir Virani (California SBN 328920), of Latham & Watkins LLP, 140 Scott Drive, Menlo Park, CA 94025, and Cindy Guan (California SBN 317036) and Rachel Suhr (California SBN 323531), of Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111 have agreed to serve as appointed pro bono counsel for Plaintiff in this action. The Court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Douglas E. Lumish, Aamir Virani, Cindy Guan, and Rachel Suhr as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The scope of this referral shall be for all purposes for the duration of the case through entry of a final judgment in District Court.

The Clerk is directed to REOPEN this case. However, all proceedings in this action remain stayed until eight weeks from the date of this ORDER, at which point the Court will schedule a case management conference. The purpose of the stay is to permit volunteer counsel sufficient time to meet and interview Plaintiff and review the case file. The parties shall file a joint case management statement no later than seven calendar days before the case management conference.

The Clerk shall add Plaintiff's appointed counsel to the docket. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

### III. Requiring Response from Defendants

Defendants are reminded that their response required by the Court's January 25, 2023 Order is overdue.  Within one day of this order, Defendants shall file the response required by the Court's January 25, 2023 Order.  In their response, Defendants shall also address their failure to timely respond to the Court's order.

### CONCLUSION

For the reasons set forth above, the Court orders as follows.

1. The Court APPOINTS Douglas E. Lumish, Aamir Virani, Cindy Guan, and Rachel Suhr of Latham & Watkins LLP, as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.  The scope of this referral shall be for all purposes for the duration of the case through entry of a final judgment in District Court.

2. The Clerk is directed to REOPEN this case.

3. All proceedings in this action remain stayed until eight weeks from the date of this ORDER, at which point the Court will schedule a case management conference.  The parties shall file a joint case management statement no later than seven calendar days before the case management conference.

4. The Clerk shall add Plaintiff's appointed counsel to the docket.  Counsel shall be familiar with General Order No. 25 posted on the Court's website.

5. Within one day of this order, Defendants shall file the response required by the Court's January 25, 2023 Order.  In their response, Defendants shall also address their failure to timely respond to the Court's order.

**IT IS SO ORDERED.**

Dated: February 13, 2023



JON S. TIGAR
United States District Judge